# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Manuel Avelino Tenezaca

                        Plaintiff,

v.                                                         Case No.: 1:21−cv−06199
                                                             Honorable Robert M. Dow Jr.

A. & L. CK Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 16, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Joint status report due by 1/11/2022. Initial telephone conference is set for 1/14/2022 at 9:00 a.m. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial; (3) The report should include a proposed case management schedule reflecting any disputes between the parties as to the proposed schedule. Plaintiff is to advise all other parties of the Courts action herein. The parties are requested to file a joint status report at least three business days prior to the initial status and all further status hearings. For further details see the Court's website available at www.ilnd.uscourts.gov. Participants should use the Court's toll−free call−in number 877−336−1829, conference access code is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.