## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Manuel Avelino Tenezaca, | ) |
| Plaintiff, | ) Case No. 21-CV-06199 |
| v. | ) |
| A & L CK Inc. dba Chicken Hut and Andreas Haritas | ) |
| Defendants. | ) |

### PLAINTIFF'S STIPULATION TO DISMISS

This matter coming to be heard pursuant to agreement between Plaintiff and Defendants prior to any entry of an appearance by Defendants in this matter; the Plaintiff stipulates that the above captioned lawsuit shall be dismissed in its entirety with prejudice, with all Parties to bear their own costs, and all pending court dates to be stricken. The Parties consent and agree that the Dismissal Order shall not act as a bar to enforcement of any settlement agreement between the parties in any court of competent jurisdiction

**Manuel Avelino Tenezaca**

**s/James M. Dore**
Attorney For Plaintiff
James M. Dore
6232 N. Pulaski, #300
Chicago, IL 60602
773-942-9415 x 105
Email: jdore@justicialaboral.com